ALBERT FISHER v. STATE.

No. A-6789.    Opinion Filed June 1, 1929.
(277 Pac. 1118.)

C. F. Gowdy, for plaintiff in error.

Edwin Dabney, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. The plaintiff in error was convicted in the district court of Nowata county of assault with a dangerous weapon, and his punishment fixed at imprisonment in the county jail for a term of one year.

The appeal is by transcript, which was lodged in this court in October, 1927. No briefs in support of the appeal have been filed. An examination of the record discloses no substantial error.

The case is affirmed.